IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 1/7/10                          CASE NAME: Lyons v Illinois Central Railroad Co.,
                                       et al.

CASE NO. : 10-9-JPG

DOCUMENT NO.: 31, 32          DOCUMENT TITLE: Notice

One of the following errors/deficiencies has been identified in the document listed above:

☐     Document entered in wrong case
☐     Document linked incorrectly
☒     Incorrect document type selected (PDF and event do not match) Documents should have
been filed under Other Documents: Corporate Disclosure Statement.
☐     Certificate of Service is missing
☐     Other:

# ACTION TAKEN BY CLERK'S OFFICE

☒     Docket entry "STRICKEN" as ordered by the Court

# ACTION REQUIRED BY FILER

☒     Documents must be re-filed using the proper event.
☐     Amended document must be filed and re-noticed, if applicable

NANCY J. ROSENSTENGEL
Clerk of Court

By:   _s/Brenda K.Lowe_____
      Deputy Clerk

(09/09)