IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| JENNIFER LYONS, | ) | CASE NO: 10-09-JPG |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE:   2/24/10 |
| | ) | |
| ILLINOIS CENTRAL RAILROAD, | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS ( X ):

PROCEEDING:

TIME:

 This matter is before the court for purposes of case management and calendar control.

 It is hereby ORDERED that the track B is STRICKEN and this case is given a track C .

 The final pre-trial date of 1/14/2011 and the jury trial date of 1/24/2011 are STRICKEN and reset for final pre-trial on 5/12/2011 at 9:30 a.m. with a jury trial setting of 5/23/2011 at 9:00 a.m. in Benton, IL.


NANCY ROSENSTENGEL, CLERK


By: s/ K. Jane Reynolds
Deputy Clerk