IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER LYONS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-009 JPG-DGW |
| ) | |
| ILLINOIS CENTRAL RAILROAD and ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORP., ) | |
| ) | |
|     Defendants. ) | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Holly Stone, Law Clerk to Judge Wilkerson, at (618) 482-9382, to schedule a telephonic conference call with the Court and opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be submitted to the Court by e-mail (holly_stone@ilsd.uscourts.gov) or faxed to the Court (if less than twenty pages) at (618) 482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be responsible for initiating the conference call.  The Court's teleconference number is (618) 482-9004.  Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes.  **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED: February 26, 2010**

                                                        *s/ Donald G. Wilkerson*
                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**