UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER LYONS, *Special Administrator of the Estate of* Kyle Lyons,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD CO., *doing business as* Canadian National/Illinois Central Railroad Co., and NATIONAL RAILROAD PASSENGER CORP.*, doing business as* Amtrak,<br><br>Defendants. | Case No. 10-cv-9-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the parties having entered into a settlement agreement, and the Court having approved said settlement agreement,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: March 29, 2011**  **NANCY ROSENSTENGEL, CLERK**

                                                                                              **By: s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**